OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2006

Peter E. Hess, Esq.
3 Mill Road, Suite 301
Wilmington, DE 19806

Thomas P. Leff, Esq.
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

    RE: Harry P. Galentine, Jr. v. Estate of William R.
        Stekervetz
        <u>Criminal Action No. 99-589 JJF</u>

Dear Counsel:

    The Clerks Office is returning and/or disposing of exhibits located in its storage area, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

    Please advise me no later than March 7, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

                                    Very truly yours,
                                    Peter T. Dalleo, Clerk

                                    Anita Bolton
                                    Courtroom Deputy

Pltf. _____   date _____April 13 2006_____

Deft. _____   date _____